# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| PENNSYLVANIA STATE POLICE, | : | No. 49 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| PENNSYLVANIA STATE TROOPERS | : | |
| ASSOCIATION (PSTA) (TROOPER JOHN | : | |
| BOGAROWSKI), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.